IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HUGO GALVAN<br>*Plaintiff*<br><br>v.<br><br>DOUGLAS SABIN and AMERICAN CINEMA EQUIPMENT COMPANY, INC.<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.  5:17-CV-608 |

**INDEX OF DOCUMENTS TO DEFENDANT'S NOTICE OF REMOVAL**

EXHIBIT A    CERTIFIED COPY OF STATE COURT DOCKET INFORMATION

EXHIBIT B    CERTIFIED COPY OF ALL DOCUMENTS FILED AS OF JULY 7, 2017 IN THE STATE COURT ACTION

EXHIBIT C    COURT CIVIL CASE INFORMATION SHEET

EXHIBIT D    SUPPLEMENT TO COURT CIVIL CASE INFORMATION SHEET

EXHIBIT E    LIST OF PARTIES AND ATTORNEYS