**Defendant's Notice of Removal**

# EXHIBIT "A"

RUN DATE: 07/07/2017 Bexar County Centralized Docket System Pg: 1  PGM: DKB4900P
RUN TIME: 11:04:13                                                  JCL: SPPROD
_____

                        * D O C K E T   I N F O R M A T I O N *

CAUSE NUM: 2017CI10024
DATE FILED: 06/01/2017        COURT: 166        UNPAID BALANCE:     0.00
TYPE OF DOCKET: MOTOR VEHICLE ACCIDE
                        * * * S T Y L E * * *

        HUGO GALVAN
            VS DOUGLAS SABIN ET AL


ACCOUNT TYPE:                ACCOUNT NO:
ACCESS: 0                    STATUS: PENDING
LIST TYPE: C

                * L I T I G A N T   I N F O R M A T I O N *
SEQ   LAST /FIRST /MIDDLE NAME          LIT. TYPE/ATTORNEY          DATE


00001 GALVAN HUGO                       PLAINTIFF                   06/01/2017
                                          00001 WYATT, PAULA A


00002 SABIN DOUGLAS                     DEFENDANT                   06/01/2017
00003 AMERICAN CINEMA EQUIPMENT COMPANY I  DEFENDANT                06/01/2017
                                          00002 MENDOZA, RONALD EDWIN


                * S E R V I C E S   I N F O R M A T I O N *
SEQ   SERVICE TYPE / DATES          DIST   LITIGANT NAME


00001 CITATION                        4    SABIN DOUGLAS
        ISS: 06/06/2017  REC:        EXE:        RET:


00002 CITATION                        4
        ISS: 06/06/2017  REC: 06/07/2017  EXE: 06/08/2017  RET: 06/12/2017


                * A T T O R N E Y   I N F O R M A T I O N *
SEQ   DATE FILED  BAR NBR.  NAME                 STATUS      DATE


00001 06/01/2017  10541400  WYATT, PAULA A       SELECTED    06/01/2017
00002 06/30/2017  13937790  MENDOZA, RONALD EDWI SELECTED    06/30/2017


                * P R O C E E D I N G   I N F O R M A T I O N *
SEQ     DATE FILED       REEL     IMAGE   PAGE COUNT


00001   06/01/2017       0000     0000     0000
        DESC: PETITION
          WITH JURY DEMAND
00002   06/01/2017       0000     0000     0000
        DESC: JURY FEE PAID
00003   06/01/2017       0000     0000     0000
        DESC: SERVICE ASSIGNED TO CLERK 1
00004   06/30/2017       0000     0000     0000
        DESC: ORIGINAL ANSWER OF

RUN DATE: 07/07/2017 Bexar County Centralized Docket System Pg: 2  PGM: DKB4900P

RUN TIME: 11:04:13                                                  JCL: SPPROD

_____

          AMERICAN CINEMA EQUIPMENT, INC.

                    * T R I A L      I N F O R M A T I O N *
SEQ    DATE FILED        COURT            SETT. DATE  TIME        ATTY


                  * O R D E R      I N F O R M A T I O N *
SEQ   DATE FILED  JUDGE NAME           VOLUME   PAGE  PAGE CNT   AMOUNT  SOF


                  * B O N D      I N F O R M A T I O N *
SEQ    DATE FILED   PRINCIPAL



CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, DO HEREBY CERTIFY THAT THE FOREGOING
IS A TRUE AND CORRECT COPY OF THE ORIGINAL
RECORD NOW IN MY LAWFUL CUSTODY. WITNESS
MY OFFICIAL HAND AND SEAL OF OFFICE ON THIS:

*July 07, 2017*

**DONNA KAY McKINNEY**
**BEXAR COUNTY, TEXAS**

By: _____

CYNTHIA J APONTE, Deputy District Clerk

*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*