**Defendant's Notice of Removal**

# EXHIBIT "B"



# Donna Kay M<u>c</u>Kinney

District Clerk  Bexar County

# CERTIFICATE
(Entire File)

**STATE OF TEXAS**
**COUNTY OF BEXAR**

I, <u>Cynthia J. Aponte</u>, Deputy District Clerk for ***Donna Kay M<u>c</u>Kinney***, District Clerk of Bexar County, Texas, do hereby certify that the documents found to be in Cause Number <u>2017-CI-10024</u> and Styled <u>HUGO GALVAN VS DOUGLAS SABIN ET AL</u> filed in the <u>166th</u> Judicial District Court of Bexar County, Texas, and which represents the content of the entire file and certified as being held and recorded within the District Clerk's Office of Bexar County, Texas.

**GIVEN UNDER MY HAND AND OFFICIAL SEAL** of said court at the office in the City of San Antonio, Bexar County, Texas, on this the July 7, 2017.

                                                    ***Donna Kay M<u>c</u>Kinney***
                                                    ***Bexar County District Clerk***

                                          By:   *Cynthia Aponte*
                                                    Cynthia J. Aponte, Deputy

FILED
6/1/2017 12:28:03 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Krystal Gonzalez

2cit pps sac1

CAUSE NO. **2017CI10024**  wjd

| | | |
|---|---|---|
| HUGO GALVAN, | § | IN THE DISTRICT COURT |
| Plaintiff | § § § | |
| v. | § § § | **166** JUDICIAL DISTRICT |
| DOUGLAS SABIN and AMERICAN CINEMA EQUIPMENT COMPANY INC. | § § § § | |
| Defendants | § | BEXAR COUNTY, TEXAS |



## PLAINTIFF'S ORIGINAL PETITION AND REQUESTS FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, HUGO GALVAN, files this Plaintiff's Original Petition complaining of Defendants, DOUGLAS SABIN and AMERICAN CINEMA EQUIPMENT COMPANY INC.

### I. DISCOVERY

1. Plaintiff intends to conduct discovery in this suit under Level Three, pursuant to Rule 190.4 of the Texas Rules of Civil Procedure, and will seek an order, agreed or otherwise, to this effect.

### II. PARTIES

2. **Plaintiff.** HUGO GALVAN is a natural person and at all times relevant to this cause of action has been and continues to be a resident of San Antonio, Bexar County, Texas.

3. **Defendant.** DOUGLAS SABIN ("Sabin") is a natural person and at all times relevant to this cause has been and continues to be a resident of Happy Valley, Oregon. Defendant Walker may be served by serving him at his residence at: 16886 Se Hagen, Happy Valley Oregon 97086 or wherever he may be found.

4. **Defendant.** AMERICAN CINEMA EQUIPMENT COMPANY INC. (American Cinema) is an Oregon for-profit corporation authorized to do business in Texas. Service upon Defendant AMERICAN CINEMA EQUIPMENT COMPANY INC. may be made pursuant to TEX. CIV. PRAC. & REM. CODE ANN. §§ 17.061 - 17.069 and the Texas Long-Arm Statute, TEX. CIV. PRAC. & REM. CODE ANN. § 17.041, by service upon **the Chairman of the Texas Transportation Commission, Ted Houghton, 125 E. 11th Street, Austin, Texas 78701-2483**, who shall then forward the citation and petition to Defendant AMERICAN CINEMA EQUIPMENT COMPANY INC., by certified mail, return receipt requested to their residence address: 1927 N. Argyle Street, Portland Oregon 97217.

### III. VENUE

5. Venue is proper in Bexar County, Texas, pursuant to Tex. Civ. Prac. & Rem. Code, § 15.002 in that all or substantially all of the events or acts or omissions giving rise to the claim occurred in Atascosa County, Texas.

### IV. FACTS

6. On March 30, 2016, Plaintiff, HUGO GALVAN was driving a 2000 Isuzu Rodeo traveling North on Loop 1604 N in San Antonio, Bexar County, Texas. At that exact moment, Defendant Sabin, who was operating a 2016 Dodge Durango ("Defendant vehicle"), and was also traveling North on Loop 1604 N: failed to stop and collided with the vehicle Plaintiff was traveling in. At all times, relevant to this matter, Defendant, American Cinema, was the owner of the vehicle operated by Defendant Sabin. Defendant Sabin was in the course and scope of his employment with American Cinema, when the incident occurred. Because Defendant Sabin failed to pay attention he and was unable to apply his brakes in time to avoid colliding with vehicle Plaintiff was traveling in. As a result of the incident, Plaintiff was severely injured.

## V. AGENCY AND RESPONDEAT SUPERIOR

7.  At the time of the collision and the occurrences giving rise to this cause of action, Defendant Sabin was an employee of American Cinema.

8.  At all times material hereto, Defendant Sabin was acting as an employee of Defendant, American Cinema, and was within the course and scope of his employment or official duties for Defendant, American Cinema, and in furtherance of the duties of his office or employment for Defendant, American Cinema.

9.  Additionally, at the time of the incident, Defendant Sabin was a permissive user of Defendant, American Cinema's, vehicle.

10. Defendant, American Cinema as the employer, is responsible for the negligent acts or omissions of Defendant Sabin under the principles of *respondeat superior*.

## VI. NEGLIGENCE/NEGLIGENCE PER SE

11. Plaintiff would show that, on the occasion in question, Defendants owed a duty to conduct themselves in a manner consistent with the traffic laws of the State of Texas and to act as a reasonably prudent person and/or entity would act.

12. Defendant Sabin breached his duty to Plaintiff and acted in a manner that was negligent or negligent per se by engaging in wrongful conduct including, but not limited to:

   a.  Failing to keep a proper lookout for Plaintiff's safety that would have been maintained by a person of ordinary prudence under the same or similar circumstances;

   b.  Failing to turn his motor vehicle to the right or left in an effort to avoid the collision complained of;

   c.  Failing to keep such distance away from Plaintiff's motor vehicle as a person using ordinary prudent care would have done;

   d.  Failing to drive and maintain his vehicle in a single lane as a person using ordinary prudent care would have done;

   e.  Failing to pay attention in his driving as a person using ordinary prudent care would have done; and

  f. Failing to take reasonable evasive action to avoid colliding with Plaintiff's vehicle.

14. Each of Defendants' acts and omissions, singularly or in combination with others, constituted negligence and/or negligence per se that proximately and substantially caused the occurrence made the basis of this action, and the personal injuries and damages sustained by Plaintiff.

15. Plaintiff would show that, as a proximate cause of Defendants' negligence, as described herein, Plaintiff has sustained damages far in excess of the minimum jurisdictional limits of this Court.

## VII. DAMAGES

16. As a direct and proximate result of Defendants' negligence, Plaintiff Hugo Galvan suffered severe personal injuries, pain, suffering, mental anguish, disability, impairment, and disfigurement, lost wages, lost earning capacity and incurred reasonable and necessary medical expenses for the care and relief of his injuries. For a long time to come, if not for the rest of his life, Plaintiff will continue to suffer physical injuries, physical impairment, disfigurement, pain and suffering, and mental anguish. Additionally, as a result of the incident, Plaintiff will incur reasonable and necessary medical expenses in the future.

17. Plaintiff now sues for all of these damages in an amount that exceeds the minimum jurisdictional limit of this Court. Pursuant to Texas Rule of Civil Procedure 47, Plaintiff asserts that he is seeking monetary relief in excess of $1,000,000.00.

18. Plaintiff is entitled to recover prejudgment and post judgment interest as allowed by law.

## VIII. CONDITIONS PRECEDENT

19. All conditions precedent have been performed or have occurred to support Plaintiff's pleadings and causes of action.

## X. REQUEST FOR JURY TRIAL

20. Plaintiff respectfully request a trial by jury and has paid the jury fee.

## IX. REQUEST FOR DISCLOSURES

21. Pursuant to TEXAS RULE OF CIVIL PROCEDURE 194, Defendants are hereby requested to disclose, within fifty (50) days of service of this request, the information or material described in Rule 194.2 (a-l).

**WHEREFORE,** Plaintiff requests that Defendants be cited to appear and answer herein and that on final trial, Plaintiff has judgment against Defendants for:

1. All medical expenses in the past and future;
2. Mental anguish in the past and future;
3. Physical pain in the past and future;
4. Physical impairment in the past and future;
5. Lost wages and loss of earning capacity in the past and future;
6. Disfigurement in the past and future;
7. Prejudgment and post judgment interest as allowed by law;
8. Costs of suit; and
9. Such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

**WYATT LAW FIRM, LTD.**
21 Lynn Batts Lane, Suite 10
San Antonio, Texas 78218
Telephone: (210) 340-5550
Facsimile: (210) 340-5581

By: _____/s/ Paula A. Wyatt_____
Paula A. Wyatt
State Bar No. 10541400
e-serve@wyattlawfirm.com
Gavin McInnis
State Bar No. 13679800
e-serve@wyattlawfirm.com
J. Scott Mechler
State Bar No. 24055952
e-serve@wyattlawfirm.com
**ATTORNEYS FOR PLAINTIFF**

FILED
6/30/2017 12:39 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Isaias Ibarra

T:\19000 - 99999a\20000-49999\21500.0105 - GALVAN\Pldgs\Ans & Pets\Ans Orig - ACE.docx\l
\June 30, 2017\REM\mms

Cause No. 2017CI10024

| | | |
|---|---|---|
| HUGO GALVAN, | § § § | IN THE DISTRICT COURT |
| Plaintiff | § § | |
| vs. | § § § § | 166TH JUDICIAL DISTRICT |
| DOUGLAS SABIN and AMERICAN CINEMA EQUIPMENT COMPANY INC. | § § § § | |
| Defendants | § | BEXAR COUNTY, TEXAS |

## ORIGINAL ANSWER OF DEFENDANT, AMERICAN CINEMA EQUIPMENT, INC.

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes AMERICAN CINEMA EQUIPMENT, INC. erroneously sued as AMERICAN CINEMA EQUIPMENT COMPANY, INC., one of the Defendants in the above-entitled and numbered cause, and files this its Original Answer and for such would respectfully show unto the Court as follows:

I.

Defendant denies generally the allegations contained in Plaintiff's Original Petition and asks for a trial of the issues before a jury.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that upon final hearing hereof that Plaintiff recover nothing of and from Defendant and the Court enter a judgment, and that Defendant go hence without day with all costs of court.

Respectfully submitted,

**dc&m | Davis, Cedillo & Mendoza, INC.**
ATTORNEYS AT LAW
McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas 78212
Telephone No.: (210) 822-6666
Telecopier No.: (210) 822-1151

By: _/s/ Ronald E. Mendoza_
RONALD E. MENDOZA
State Bar No. 13937700
rmendoza@lawdcm.com
BRANDON E. STREY
State Bar No. 24084969
bstrey@lawdcm.com

ATTORNEYS FOR DEFENDANT

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via electronic service, hand delivery, facsimile, U.S. regular mail, or certified mail, return receipt requested, to:

- Ms. Paula A. Wyatt
  Mr. Gavin McInnis
  Mr. J. Scott Mechler
  WYATT LAW FIRM, LTD
  21 Lynn Batts Lane, Suite 10
  San Antonio, TX 78218
  e-serve@wyattlawfirm.com
  Attorneys for Plaintiff

on this 30th day of June, 2017.

_/s/ Ronald E. Mendoza_
RONALD E. MENDOZA

-2-

PRIVATE PROCESS

Case Number: 2017-CI-10024

2017CI10024 S00001

**HUGO GALVAN**
**VS.**
**DOUGLAS SABIN ET AL**
(Note:Attached Document May Contain Additional Litigants.)

**CITATION**

IN THE DISTRICT COURT
166th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS



"THE STATE OF TEXAS"

Directed To: DOUGLAS SABIN

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION AND REQUESTS FOR DISCLOSURE, a default judgment may be taken against you." Said ORIGINAL PETITION AND REQUESTS FOR DISCLOSURE was filed on the 1st day of June, 2017.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 6TH DAY OF JUNE A.D., 2017.

PAULA A WYATT
ATTORNEY FOR PLAINTIFF
21 LYNN BATTS LN 10
SAN ANTONIO, TX 78218

*Josiem Barbosa*
6/7/17



**Donna Kay McKinney**
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By: *Larry Botello*, Deputy

---

| HUGO GALVAN<br>VS<br>DOUGLAS SABIN ET AL | **Officer's Return** | Case Number: 2017-CI-10024<br>Court: 166th Judicial District Court |

I received this CITATION on the _____ day of _____, 20____ at _____ o'clock ___M. and:( ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION AND REQUESTS FOR DISCLOSURE on the date of delivery endorsed on it to_____, in person on the _____ day of _____, 20_____ at _____ o'clock ___M. at:_____ or ( ) not executed because _____

Fees:_____ Badge/PPS #:_____ Date certification expires:_____

_____ County, Texas

By: _____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of _____, 20_____.

Case Number: 2017CI10024   Document Type: ENTIRE FILE   Page 9 of 13
Declarant

FILE COPY (DK002)

**DOCUMENT SCANNED AS FILED**

PRIVATE PROCESS

Case Number: 2017-CI-10024

2017CI10024 S00002

**HUGO GALVAN**
**VS.**
**DOUGLAS SABIN ET AL**
(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
166th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To: AMERICAN CINEMA EQUIPMENT COMPANY INC
BY SERVING THE CHAIRMAN OF THE TEXAS TRANSPORTATION
COMMISSION  TED HOUGHTON



"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION AND REQUESTS FOR DISCLOSURE, a default judgment may be taken against you." Said ORIGINAL PETITION AND REQUESTS FOR DISCLOSURE was filed on the 1st day of June, 2017.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 6TH DAY OF JUNE A.D., 2017.

PAULA A WYATT
ATTORNEY FOR PLAINTIFF
21 LYNN BATTS LN 10
SAN ANTONIO, TX 78218

Josie M Barboza
6/7/17



*Donna Kay McKinney*
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By: *Larry Botello*, Deputy

---

| HUGO GALVAN | Officer's Return | Case Number: 2017-CI-10024 |
| VS | | Court: 166th Judicial District Court |
| DOUGLAS SABIN ET AL | | |

I received this CITATION on the_____ day of_____, 20_____ at _____o'clock ___M. and:( ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION AND REQUESTS FOR DISCLOSURE on the date of delivery endorsed on it to_____, in person on the _____ day of_____, 20_____ at _____ o'clock ___M. at:_____ or ( ) not executed because _____.

Fees:_____ Badge/PPS #:_____ Date certification expires:_____

_____County, Texas

By:_____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of_____, 20_____.

Case Number: 2017CI10024

Document Type: ENTIRE FILE

Declarant

Page 10 of 13

FILE COPY (DK002)

**DOCUMENT SCANNED AS FILED**

PRIVATE PROCESS

Case Number: 2017-CI-10024

2017CI10024 S00002

**HUGO GALVAN**
**VS.**
**DOUGLAS SABIN ET AL**
(Note: Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
166th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS



## CITATION

"THE STATE OF TEXAS"

Directed To: AMERICAN CINEMA EQUIPMENT COMPANY INC
BY SERVING THE CHAIRMAN OF THE TEXAS TRANSPORTATION
COMMISSION TED HOUGHTON

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION AND REQUESTS FOR DISCLOSURE, a default judgment may be taken against you." Said ORIGINAL PETITION AND REQUESTS FOR DISCLOSURE was filed on the 1st day of June, 2017.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 6TH DAY OF JUNE A.D., 2017.

PAULA A WYATT
ATTORNEY FOR PLAINTIFF
21 LYNN BATTS LN 10
SAN ANTONIO, TX 78218



**Donna Kay McKinney**
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By: *Larry Botello*, Deputy

---

| HUGO GALVAN<br>VS<br>DOUGLAS SABIN ET AL | **Officer's Return** | Case Number: 2017-CI-10024<br>Court: 166th Judicial District Court |

I received this CITATION on the _____ day of _____, 20___ at _____ o'clock ___M. and:( ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION AND REQUESTS FOR DISCLOSURE on the date of delivery endorsed on it to _____, in person on the _____ day of _____, 20___ at _____ o'clock ___M. at _____ or ( ) not executed because _____

Fees:_____ Badge/PPS #:_____ Date certification expires:_____

_____ County, Texas

By: _____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of _____, 20___.

_____
Declarant

Case Number: 2017CI10024       Document Type: ENTIRE FILE       Page 11 of 13

RETURN TO COURT (DK002)

**DOCUMENT SCANNED AS FILED**

State of Texas             County of Bexar            166th District Court
                                                      Case # 2017-CI-10024

# OFFICER'S RETURN

## Plaintiff's Original Petition and Request for Disclosure

Plaintiff: **Hugo Galvan**

**vs.**

Defendants: **Douglas Sabin, ET AL**

For:

**Paula A. Wyatt**
**Wyatt Law Firm, LTD**
**21 Lynn Batts Lane, Suite 10**
**San Antonio, Texas 78218**
**(210) 340-5550**

Received by Davila Civil Process on the **7th day of June, 2017 at 10:57 A.M.,** to be served on, **American Cinema Equipment Company Inc. by serving the Chairman of the Texas Transportation Commission, Ted Houghton, 125 E. 11th Street, Austin, Texas 78701.**

I, being duly sworn, depose and say that on the **8th day of June, 2017 at 03:09 P.M.:**

**I, INDIVIDUALLY/PERSONALLY** delivered a true copy by hand of this, **Plaintiff's Original Petition and Requests for Disclosure,** date of service endorsed thereon by me, to **American Cinema Equipment Company Inc. by serving the Chairman of the Texas Transportation Commission, Ted Houghton,** at the address of, **125 E. 11th Street, Austin, Texas 78701** and informed said person of the contents therein, in compliance with state statutes.

**I certify that I am over the age of 18, have no interest in the above action, and a Certified Process Server, in good standing, in the judicial circuit in which the process was served.**

Subscribed and Sworn to before me on the 11th day of June, 2017 by the affiant who is personally known to me.

NOTARY PUBLIC


RAUL MORENO DAVILA
Notary Public, State of Texas
Comm. Expires 02-15-2020
Notary ID 130539817

Josie M. Barbosa
SCH #12232 EXP 08/31/2019
Davila Civil Process
P.O. Box 1733
Helotes, TX 78023
OFFICE # 210-275-4485

P.O. Box 1733 Helotes, Texas 78023    210-275-4485    serves_u_right78@hotmail.com

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, DO HEREBY CERTIFY THAT THE FOREGOING
IS A TRUE AND CORRECT COPY OF THE ORIGINAL
RECORD NOW IN MY LAWFUL CUSTODY. WITNESS
MY OFFICIAL HAND AND SEAL OF OFFICE ON THIS:

*July 07, 2017*

**DONNA KAY McKINNEY**
**BEXAR COUNTY, TEXAS**

By: _____

CYNTHIA J APONTE, Deputy District Clerk

*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*