**Defendant's Notice of Removal**

# EXHIBIT "E"

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| HUGO GALVAN §<br>  *Plaintiff* §<br>§<br>v. §<br>§<br>DOUGLAS SABIN and AMERICAN §<br>CINEMA EQUIPMENT COMPANY, §<br>INC. §<br>  *Defendants* § | CIVIL ACTION NO.  5:17-CV-608 |

## LIST OF PARTIES AND ATTORNEYS

I. **PARTIES**

    **Plaintiff:**   Hugo Galvan

    **Defendants:**  Douglas Sabin
                     American Cinema Equipment, Inc., erroneously sued as American Cinema Equipment Company, Inc.

II. **LIST OF ATTORNEYS**

    **FOR PLAINTIFF HUGO GALVAN:**

    Paula A. Wyatt
    Texas State Bar No. 10541400
    e-serve@wyattlawfirm.com
    Gavin McInnis
    Texas State Bar No. 13679800
    e-serve@wyattlawfirm.com
    J. Scott Mechler
    Texas State Bar No. 24055952
    e-serve@wyattlawfirm.com
    WYATT LAW FIRM, LTD.
    21 Lynn Batts Lane, Suite 10
    San Antonio, Texas 78218
    Telephone:  (210) 340-5550
    Facsimile:   (210) 340-5581

**FOR DEFENDANT AMERICAN CINEMA EQUIPMENT, INC. ERRONEOUSLY SUED AS AMERICAN CINEMA EQUIPMENT COMPANY, INC.:**

Ronald E. Mendoza
Texas State Bar No. 13937700
rmendoza@lawdcm.com
Brandon E. Strey
Texas State Bar No. 24084969
bstrey@lawdcm.com
DAVIS, CEDILLO & MENDOZA, INC.
755 E. Mulberry Ave., Suite 500
San Antonio, Texas 78212
Telephone:  (210) 822-6666
Facsimile:  (210) 822-1151


**DEFENDANT DOUGLAS SABIN HAS NOT BEEN SERVE**