IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HUGO GALVAN, | § | |
|    Plaintiff, | § | |
| v. | § | |
| | § | |
| DOUGLAS SABIN and AMERICAN | § | Cause No. 5:17-cv-608-RCL |
| CINEMA EQUIPMENT COMPANY, | § | |
| INC. | § | |
|    Defendants. | § | |
| | § | |

## JOINT ADVISORY REGARDING SETTLEMENT

  Plaintiff, Hugo Galvan, and Defendants, Douglas Sabin and American Cinema Equipment Company, Inc. file this Joint Advisory to notify the court that the parties have agreed on a settlement of this matter. As soon as the formal release has been finalized and the settlement funds have been tendered, the parties will file a Joint Stipulation of Dismissal.

  In light of the settlement, the parties request that this matter be taken off the Court's trial docket.

               Respectfully submitted,

               **WYATT LAW FIRM, LTD.**
               21 Lynn Batts Lane, Suite 10
               San Antonio, Texas 78218
               Telephone: (210) 340-5550
               Facsimile: (210) 340-5581

          By: */s/ Paula A. Wyatt*
              Paula A. Wyatt
              State Bar No. 10541400
              pwyatt@wyattlawfirm.com
              Gavin McInnis
              State Bar No. 13679800
              gmcinnis@wyattlawfirm.com
              **ATTORNEYS FOR PLAINTIFF**

               and

>The Fuentes Firm, P.C.
>5507 Louetta Road, Suite A
>Spring, Texas 77379
>Telephone: (281) 378-7640
>Facsimile: (281) 378-7639
>
>By: ___*/s/ Robert Fuentes*___
>Robert Fuentes
>State Bar No. 24005405
>robert@fuentesfirm.com
>**ATTORNEY FOR DEFENDANT**