IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HUGO GALVAN | § | |
| | § | |
| v. | § | Civil Action No. 5:17-CV-608 |
| | § | |
| DOUGLAS SABIN and AMERICAN | § | |
| CINEMA EQUIPMENT COMPANY, INC. | § | |

**JOINT STIPULATION OF DISMISSAL OF DEFENDANTS**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff HUGO GALVAN hereby dismisses with prejudice his civil action against Defendants DOUGLAS SABIN and AMERICAN CINEMA EQUIPMENT, INC. *(erroneously sued as AMERICAN CINEMA EQUIPMENT COMPANY, INC.),* thereby concluding this matter in its entirety.

SO STIPULATED, this _____ day of _____, 2020.


Respectfully submitted,

**THE FUENTES FIRM, P.C.**

*/s/ Robert Fuentes*
ROBERT FUENTES
State Bar No. 24005405
Federal Bar No. 28591
5507 Louetta Road, Suite A
Spring, Texas 77379
Telephone: (281) 378-7640
Facsimile: (281) 378-7639
robert@fuentesfirm.com
**ATTORNEY FOR DEFENDANTS**

**WYATT LAW FIRM, LTD.**

_____
PAULA A. WYATT
Texas Bar No. 10541400
Oakwell Farms Business Center
21 Lynn Batts Lane, Suite 10
San Antonio, Texas 78218
Telephone: (210) 340-5550
Facsimile (210) 340-5581
pwyatt@wyattlawfirm.com
e-serve@wyattlawfirm.com
**ATTORNEYS FOR PLAINTIFF HUGO GALVAN**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. A true and correct copy of the foregoing document is being served upon counsel of record in compliance with the Federal Rules of Civil Procedure by certified mail, return receipt requested, telephonic communications, hand delivery, CM/ECF and/or U.S. Mail on this the 20th day of January, 2020.

_/s/ Robert Fuentes_
ROBERT FUENTES

2